EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MICHAEL M. PURPURA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: (808) 541-2958
Email: michael.purpura@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 9 2005

at 8 o'clock and 40 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00408 SOM |
|---|---|---|
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| DEBORAH D. JENKINS, (02) | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against defendant Deborah D. Jenkins on the ground that defendant is deceased.

The defendant was in custody on the dismissed charges listed in the Indictment.

DATED: Honolulu, Hawaii, September 8, 2005.

                EDWARD H. KUBO, JR.
                UNITED STATES ATTORNEY
                District of Hawaii

By /s/ Michael M. Purpura
   MICHAEL M. PURPURA
   Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

                /s/ SUSAN OKI MOLLWAY
                SUSAN OKI MOLLWAY
                UNITED STATES DISTRICT JUDGE

<u>United States v. Deborah D. Jenkins</u>
Cr. No. 04-00408 SOM
Order for Dismissal

copies:    United States Marshal
           SA Robert Jones, Secret Service
           Jerry I. Wilson, Esq., Attorney for Defendant
              Deborah D. Jenkins